IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN BONTTY,

      Plaintiff,                       No. CIV S-11-2437 CKD P

   vs.

SECOND WATCH, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a California prisoner proceeding pro se. He has consented to all proceedings in this matter being held before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

      By an order filed October 5, 2011, plaintiff was ordered to submit documents necessary to complete his application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order. While a review of the court's docket reveals plaintiff refused to accept service of the October 5, 2011 order, under Local Rule 182(f) service of documents at the record address of a party is fully effective.

/////

/////

1

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: November 15, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
bont2437.fifp